**Order entered July 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00543-CV

### IN RE DELORIS PHILLIPS, Relator

**Original Proceeding from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-00541**

## ORDER

Before the Court is relator's July 21, 2018 request for the Court to forward the record in

this proceeding to the United States District Court for the Northern District of Texas. We **DENY**

the request.

/s/     DAVID J. SCHENCK
JUSTICE